UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  DR:22-CR-00044(1)-AM |
| | § | |
| (1) AVERY BISHOP MCCUNE | § | |

**ORDER REVOKING SUPERVISED RELEASE
AND RE-SENTENCING DEFENDANT**

On **August 19, 2024**, came on to be heard before the Court, the Government's Petition to Revoke the Defendant's term of supervised release filed on **April 24, 2024**.  The defendant, **(1) AVERY BISHOP MCCUNE**, appeared with  attorney **Dalila Padilla Paxton**, and the government appeared by Assistant United States Attorney, **Joshua Banister**, in the above-entitled and numbered criminal action.

The defendant pled <u>not true</u> to the Violations alleged in the Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on August 19, 2024, that the defendant has violated the terms of  supervised release as alleged in the said petition.  Thus, the Government's petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **November 29, 2023**,  as set out in the judgment entered on **December 11, 2023**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(1) AVERY BISHOP MCCUNE**  be

committed to the custody of the U.S. Bureau of Prisons for a term of **Nine (9) months**, to run

consecutively to state matter, if adjudicated, with credit for time served from May 2, 2024,

forward.

Upon release from imprisonment, the defendant shall be placed on supervised release for

a term of **Twenty-Seven (27)** months. While on supervised release, the defendant shall comply

with the conditions that have been adopted by this court on November 28, 2016. In addition, it is

ordered by the Court that the defendant shall comply with the following special conditions.

The defendant shall abstain from the use of alcohol and/or all other intoxicants during

the term of supervision.

The defendant shall participate in a substance abuse treatment program and follow the

rules and regulations of that program. The program shall include testing and examination to

determine if the defendant has reverted to the use of drugs or alcohol. The probation officer shall

supervise the participation in the program (provider, location, modality, duration, intensity, etc.).

The defendant must pay the costs of such treatment based on the defendant's ability to pay.

The defendant shall not use or possess any controlled substances without a valid

prescription. If a valid prescription exists, the defendant must disclose the prescription

information to the probation officer and follow the instructions on the prescription.

The defendant shall submit to substance abuse testing to determine if the defendant has

used a prohibited substance. The defendant shall not attempt to obstruct or tamper with the

testing methods. The defendant shall pay the costs of testing if financially able.

The defendant shall not knowingly purchase, possess, distribute, administer, or otherwise

use any psychoactive substances (e.g., synthetic marijuana, bath salts, mushrooms, etc.) that

impair a person's physical or mental functioning, whether or not intended for human consumption.

The defendant shall participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). The defendant must pay the cost of such treatment based on the defendant's ability to pay.

The defendant shall take all mental health medications that are prescribed by the treating physician, as prescribed.

Payment towards fine and/or special assessment shall be made at the rate of no less than $60.00 per month, due by the third day of each month beginning no earlier than 60 days after release from imprisonment.

The Court recommends that the defendant be incarcerated as close to Fort Worth, Texas, as possible.

SIGNED on this **4th day of September, 2024**.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE

## **RETURN**

I have executed this Revocation Order as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this Order.

_____

United States Marshal

By: _____

Deputy Marshal